**FILED**

FEB **2 1** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY KEVIN FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0064 |
| ) | |
| ATTORNEY KEVIN McCANTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has received from plaintiff a statement regarding his present inability to submit a copy of his trust fund account statement. The Court, *sua sponte*, will grant plaintiff additional time for this submission.

It is hereby

ORDERED that, within thirty (30) days of entry of this Order, plaintiff shall submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as is required under 28 U.S.C. § 1915. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge

Date: 2/5/08