Case 1:08-cv-00064-UNA   Document 6   Filed 05/06/2008   Page 1 of 1

FILED
MAY - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony Kevin Fields, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0064 |
| | ) | |
| Kevin McCants, | ) | |
| | ) | |
| Defendant. | ) | |

DISMISSAL ORDER

The Court provisionally filed the above-captioned action. Before it could rule on plaintiff's application to proceed *in forma pauperis*, in which he states that he is incarcerated, the Court required additional information. Plaintiff was twice ordered to provide within 30 days a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint obtained from the appropriate official of each prison at which he is or was confined, or suffer dismissal of the case. *See* Orders of January 14, 2008 and February 21, 2008 (enlarging time). Plaintiff has not complied with the Court's directive. Accordingly, it is this _____ day of May 2008,

ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. No. 2] is DENIED; and it is

FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the Court's Order and with the requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915.

_____
United States District Judge

